Fitzpatrick, Michael George Sui Juris
NSDC
2190 E. Mesquite Ave
Pahrump, Nevada 89060
non-domestic, w/o the U.S.

Case: 13-30154   06/24/2013   ID: 8679821   DktEntry: 11   Page: 1 of 4

U.S COURTS
JUN 17 2013
Rcvd____Filed____Time 2:11 pm  Mail
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
JUN 24 2013
FILED
DOCKETED   DATE   INITIAL

UNITED STATES OF AMERICA )   CR 2:10-0089-N-LAB
   Alleged Plaintiff )
          v. ) 13-30154
Michael George Fitzpatrick ) Amended Appeal Additions
   Defendant in Error )

2

3   Comes now, a falsely imprisoned man, kidnapped without consent, Michael George Fitzpatrick, sui juris, demands this court, and the 9th Circuit Court of Appeals release me for its reversable errors, lack of both due process and jurisdiction.

   For the record I accept all oaths of all people who hold office, especially Judge Lodge, Judge Burns, Lori Hendrickson, Eric Mooneigan, Sherman Burger, etc, bind them to their oaths and remind them of their fiduciary responsibility to me.

4  The courts must accept this document as I was moved without notice, no funds to buy stamps, and took this long to obtain materials.

   Both judges and prosecutor have committed several reversable errors on appeal.

29  Lori Hendrickson has not established jurisdiction

1  Ms. Hendrickson was suppose to investigate
2  the alleged case prior to bringing it to a
3  Grand Jury. I was never allowed to face my
4  accuser and thus never allowed cross examination
5  who was the man or women who assessed the
6  original complaint. Who is the mystery man or
7  woman from the IRS who brought this case
8  against me? Why were they NEVER put on the
9  stand for me to cross examine? IRS Agent
10 Sherman Burger testified in Sept. 2012 he was
11 the third Agent, not the first.
12      Both Judges have a duty to allow only
13 valid witnesses in every case, which also includes
14 omissions. (See Frankes v. US)
15      Larry Burns stated on the record, "the return
16 of an indictment establishes jurisdiction". Then
17 he goes on to state, " the indictment is simply
18 an allegation". It is not a fact! The indictment
19 itself is defective. There are not any oaths
20 on it whatsoever!? Judge Burns promised me I could
21 inspect the original, which is proper procedure, and
22 never did. Another reversable error.
23      Ms. Hendrickson said she established two different
24 ways. One, was possession of a birth cerficate. What
25 does this factually prove? Is it proof I was "born"
26 anywhere? That document was created by the
27 State, and is an instrument of theirs, not me
28 or mine. If anything, I am the beneficiary
29 of that trust, and this court is tricking me
30 to act as trustee, which I decline and am
31                                          not!

Ms. Hendrickson states the witnesses testified I was in the "District of Idaho." Are these the same witnesses who were ALL declared incompetent and beyond their scope? She impeaches her own witnesses when I cross examine them, sustained by Judge Lodge, then uses them adversarily against me?

 Ms. Hendrickson testified on the record in both trials, she is not allowed to. Both Judges allowed her testimony and should be sanctioned for doing so. She biased the jury by stating, "I can go to the Belliggio and afford to gamble due to not paying income taxes." Therefore, EVERY patron who participates in the gaming industry according to Ms. Hendrickson is guilty of tax evasion. This bias proves I was/am not allowed a fair trial by an impartial Judge and Jury, prosecution.

 Ms. Hendrickson lied to the court, jury saying I owned a "debt relief company" called Nevada Corporate Planners and made profits. Not only are there no facts in evidence of either, this company still is in operation and is owned by Scott Letterneau, and I was a client! More lies, errors that demand both dismissal, and recusal, release from prison immediately with damages.

SUMMARY

1. Both Judges ~~allowed witnesses that~~
2. they ~~~~ sustained prosecutors impeachment
3. of those witnesses. Reversable errors on appeal.
4. Both trials were promised to use the venue
5. under the constitution, yet are not an Article III
6. Court.
7. Both Judges and Prosecutor have acted outside
8. their authorities and broken the laws criminally.
9. Both have committed fraud on the court by
10. ~~the court.~~
11. The alleged defendant does not consent by
12. appearance as all appearances were done
13. under threats, duress, and coercion.
14. Prosecution never provided subject matter or
15. simple jurisdiction.
16. The indictment has fatal errors and
17. Omissions. My Partner got a deal by you, not me.
18. That alone proves this was not ~~a fair trial~~.

### Remedy Sought

19. Release me immediately. Repent and sin
20. no more. Repair by damages.

21. Michael ~~George~~ FitzPatrick
22. [signature] all rights reserved

23.
### Certificate of Service

24. Court clerk will notify parties electronically