FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 08 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>MICHAEL GEORGE FITZPATRICK,<br><br>        Defendant - Appellant. | No. 13-30154<br><br>D.C. No. 10-CR-89-LAB<br>District of Idaho,<br>Boise<br><br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

The Clerk shall serve the Report and Recommendation filed contemporaneously with this order on Michael George Fitzpatrick, Reg. No. 14214-023, USP FLORENCE ADMAX, U.S. Penitentiary, P.O. Box 8500, Florence, CO 81226.

Within 21 days after this order is filed, Michael George Fitzpatrick may file pro se objections to the Report and Recommendation. The Clerk shall forward to the Appellate Commissioner any objections that are filed.

MH/APPCOMM

13-30154